IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OLUWASEUN OYESANYA<br>(a.k.a. "Trisha Jones") | Criminal No.<br><br>3-14CR-0232B |

### INDICTMENT

The Grand Jury charges:

### Introduction

**A. Background**

At all times material to this indictment:

1. The Internet website www.tagged.com is a dating website that advertises itself as "the social network for meeting new people."

2. Any person can establish an account with tagged.com with just a name and an email address. The website boasts having a world-wide membership of over 300 million, with over "2.4 million connections a day."

**B. The Purpose of the Scheme and Artifice**

3. From at least March 25, 2012, and continuing to on or about March 10, 2014, the defendant, **Oluwaseun Oyesanya (a.k.a. "Trisha Jones")**, and others known and unknown to the Grand Jury, devised and intended to devise a scheme and artifice to

Information – Page 1 of 4

defraud individuals seeking companionship, via www.tagged.com, by obtaining money through materially false and fraudulent pretenses and representations.

### C. The Scheme and Artifice to Defraud

4. It was part of the scheme and artifice to defraud that **Oluwaseun Oyesanaya** would pose as a female named **"Trisha Jones"** on the dating website www.tagged.com in order to meet men.

5. It was further part of the scheme and artifice to defraud that **"Trisha Jones"** would befriend men from tagged.com through email and instant messages until an online romantic relationship had blossomed. Once **"Trisha Jones"** had established a relationship, **"Trisha"** would scam these men into believing "she" was in trouble in a foreign country and needed funds wired to "her" as soon as possible.

6. It was further part of the scheme and artifice to defraud that **"Trisha Jones"** utilized numerous individuals in the United States to wire transfer money throughout the United States, and elsewhere, in order to make "her" story more believable by claiming some of these individuals were closely related to "her" either as a family member or business associate.

## Count One
## Conspiracy to Commit Wire Fraud
### [Violation of 18 U.S.C. § 1349]

7. The Grand Jury realleges and incorporates by reference the allegations contained in the Introduction to this indictment as if fully set forth.

8. Beginning on or about March 25, 2012 and continuing to on or about March 10, 2014, in the Northern District of Texas, and elsewhere, the defendant, **Oluwaseun Oyesanya (a.k.a Trisha Jones)** knowingly and intentionally combined, conspired and agreed with others, both known and unknown to the Grand Jury, to commit wire fraud, that is, having devised and intended to devise a scheme to defraud by transmitting in interstate commerce, by means of wire or radio communications, certain writings, signs, signals, and sounds, for the purpose of executing and attempting to execute the aforesaid scheme and artifice to defraud and to obtain money and property from various individuals, including B.S. by means of materially false and fraudulent pretenses, representations, and promises.

9. All in violation of 18 U.S.C. § 1349.

Forfeiture Notice
(18 U.S.C. § 982(a)(1)(C) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this indictment and pursuant to 18 U.S.C. § 982(a)(1)(C) and 28 U.S.C. § 2461(c), the defendant, **Oluwaseun Oyesanya (a.k.a Trisha Jones)**, shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds traceable to the offense. This property, includes, but is not limited to, the following:

1. The proceeds obtained as a result of the offense, in the form of a money judgment.

A TRUE BILL:

_____
FOREMAN

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
BRIAN D. POE
Assistant United States Attorney
Northern District of Texas
Texas State Bar No. 24056908
1100 Commerce St., Third Floor
Dallas, Texas 75242-1699
Telephone:  214.659.8670
Facsimile:  214.659.8803
E-mail:  brian.poe@usdoj.gov

Information – Page 4 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

VS.

OLUWASEUN OYESANYA
(a.k.a. "Trisha Jones")

INDICTMENT

18 U.S.C. § 1349
Conspiracy to Commit Wire Fraud

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

(1 COUNT)

A true bill rendered:

FORT WORTH _____ FOREPERSON

Filed in open court this 11th day of June, A.D. 2014.

In Federal Custody at FCI Seagoville as of March 10, 2014, USMS NO.17885041

_____
UNITED STATES MAGISTRATE JUDGE
(Magistrate Court Number: 3:14-MJ-141-BN)